# Court of Appeals
# of the State of Georgia

ATLANTA, August 05, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2055. AISM ENTERPRISE, LLC et al. v. ACE HOMES HOLDINGS, LLC.

This case began as a dispossessory proceeding in magistrate court. The magistrate court entered a default judgment against AISM Enterprise, LLC and all other occupants (collectively, "Defendants") and issued a writ of possession to plaintiff Ace Homes Holdings, LLC. Defendants filed a petition for review to the superior court, which the superior court dismissed. Defendants then filed a notice of appeal. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this case involves a petition for superior court review of a magistrate court decision, Defendants were required to file an application for discretionary review. See *Bullock*, 260 Ga. App. at 875. Defendants' failure to comply with the requisite appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.

Defendants' motion for an extension of time to file a brief of appellant is DENIED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/05/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*